# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-5284

_____

TOMMY J. THOMPSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Liberty County.
Barbara K. Hobbs, Judge.

February 28, 2018


PER CURIAM.

Appellant seeks review of an order denying postconviction relief rendered by filing with the clerk of the lower tribunal on October 27, 2017. Fla. R. App. P. 9.020(i). The notice of appeal, filed on November 29, 2017, failed to invoke the Court's jurisdiction in a timely manner. Fla. R. App. P. 9.140(b)(3). Accordingly, the appeal is dismissed. Any request for belated appeal must be filed pursuant to Florida Rule of Appellate Procedure 9.141(c).

RAY, BILBREY, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Tommy J. Thompson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.